LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

06-00009

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. _____ |
| --- | --- | --- |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | **CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 952(a), 960(b)(1)(H), and 963] (Count 1) |
| v. | ) | |
| | ) | **IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 952(a) and 960(b)(1)(H); and 18 U.S.C. § 2] (Count 2) |
| REX A. GARRIDO, | ) | |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

**COUNT I - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE**

Beginning on or about November 2004, the exact date unknown, and continuing up to and including November 22, 2005, in the District of Guam and elsewhere, the defendant REX A. GARRIDO, and other co-conspirators, both known and unknown, did unlawfully, intentionally and knowingly combine, conspire, confederate and agree with others, to import into the United States from a place outside thereof, over 50 grams of methamphetamine hydrochloride, a scheduled II controlled substance, in violation of Title 21, United States Code, Sections 952 (a), 960(b)(1)(H), and 963.

## COUNT II - IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE

Between January 2005, the exact date unknown, and February 8, 2005, in the District of Guam and elsewhere, the defendant, REX GARRIDO, did unlawfully, intentionally and knowingly import into the United States from a place outside thereof, 89 grams, net weight, of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(H), and Title 18, United States Code, Section 2.

Dated this 1st day of March, 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2