# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

06-00009

Superseding Indictment ____ Docket Number ____
Same Defendant ____ New Defendant __X__
Search Warrant Case Number ____
R 20/ R 40 from District of ____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: __X__ Yes ____ No

Defendant Name: Rex A. Garrido

Allisas Name: ____

Address: ____

**RECEIVED MAR - 1 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Birth date: XX/XX/1964   SS#: ____   Sex: M   Race: A   Nationality: ____

**U.S. Attorney Information:**

AUSA: Marivic P. David

Interpreter: __X__ No ____ Yes   List language and/or dialect: N/A

**Location Status:**

Arrest Date: ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 2   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 952(a), 960(B)(1)(H) and 963 | CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | 21 U.S.C. §§ 952(a), 960(b)(1)(H) and 18 U.S.C. § 2 | IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE | 2 |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: 3/1/06   Signature of AUSA: ____