LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR - 2 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>REX A. GARRIDO, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 06-00009<br><br>**ORDER**<br>**Re: March 1, 2006**<br>**United States' Application**<br>**to Seal Record** |

This matter having come before this Honorable Court based on the United State's Application to Seal the Record in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the record be sealed until otherwise Ordered by the Court. This record shall be sealed nunc pro tunc to March 1, 2006.

DATE: March 2, 2006

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam