♦AO 442 (Rev. 10/03) Warrant for Arrest

**FILED**
**DISTRICT COURT OF GUAM**

MAR - 9 2006

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

REX A. GARRIDO

**WARRANT FOR ARREST**

Case Number: CR-06-00009

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **REX A. GARRIDO**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

21:952(a), 960(b)(1)(H), and 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHORIDE (COUNT 1)

21:952(a) & 960(b)(1)(H); & 18:2 - IMPORTATION OF METHAMPHETAMINE HYDROCHOLORIDE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 3/1/2006     Hagatna, Guam |
| Title of Issuing Officer | Date     Location |

ORIGINAL

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

*Nes Dededo*

| DATE RECEIVED 3/1/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/9/06 | ERWIN T. FEJERAN US ICE IFA | [signature] |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ REX A. GARRIDO _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: