IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE



FILED
DISTRICT COURT OF GUAM
MAR -9 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00009**     **DATE: March 9, 2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding      Law Clerk: None Present
Official Court Reporter: Wanda Miles     Courtroom Deputy: Marilyn Alcon
Hearing Electronically Recorded - RUN TIME: 3:04:00 - 3:12:10      CSO: L. Ogo/J. Lizama

**********************APPEARANCES**********************

**DEFT: REX A. GARRIDO**     **ATTY: JOAQUIN C. ARRIOLA, JR.**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.     (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: MARIVIC P. DAVID     AGENT: ERWIN FEJERAN, Bureau of Immigration and Customs Enforcement

U.S. PROBATION: CARMEN O'MALLAN     U.S. MARSHAL: None Present

INTERPRETER: _____     ( ) SWORN     LANGUAGE: _____
                                 ( ) PREVIOUSLY SWORN

**PROCEEDINGS: INITIAL APPEARANCE RE INDICTMENT and ARRAIGNMENT (SEALED)**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: Joaquin C. Arriola, Jr., ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED     AGE: ___     HIGH SCHOOL COMPLETED: _____
(X) DEFENDANT ARRAIGNED ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF
    THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: ( ) *GUILTY* (X) *NOT GUILTY* - TO: ALL CHARGES ON THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

(X) TRIAL SET FOR: MAY 5, 2006 at 9:30 a.m.

PROCEEDINGS CONTINUED TO: _____ at _____
(X) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR (X) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES: The Court ordered the defendant to abide by all conditions imposed by the U.S. Probation Office. The U.S. Attorney's Office had no objection to the defendant's release, with the exception that the defendant turn over his passport to either the U.S. Probation Office or the U.S. Customs Office. Defense counsel requested that the defendant surrender his passport by 5:00 p.m. tomorrow and be allowed to enter the airport for employment purposes. The Court granted the request by counsel and ordered the defendant to surrender his passport to the U.S. Customs Office and to stay away from all ports of entry or exit, except for employment purposes.

Courtroom Deputy: _mbc_

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____      _____
           Custodian or Proxy                    Date

( X ) (7) The defendant shall:
( X ) (a) report to the **U.S. Customs and U.S. PROBATION OFFICE**,
telephone number **(671) 473-9201**, not later **as directed. For supervison**.
( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
( ) (d) execute a bail bond with solvent sureties in the amount of $ _____
( X ) (e) maintain or actively seek employment or maintain or commence an education program
( ) (f) maintain or commence an education program.
( X ) (g) surrender any passport to: **Clerk of Court, US. District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, GU 96910**
( X ) (h) obtain no passport.
( X ) (i) abide by the following restrictions on personal association, place of abode, or travel:
**Stay away from all ports on entry or exit.**
( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
( X ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
( X ) (o) refrain from ( x ) any ( ) excessive use of alcohol.
( X ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( X ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
  ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
  ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
( ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
( X ) (v) **Not leave the Territory of Guam without the permission of the U.S. Probation Office and the Court.**
**Submit to alcohol testing as approved by the U.S. Probation Office.**
( X ) (w) **Maintain residence and not change residence without the permission of the U.S. Probation Office.**
( ) (x) _____

DISTRIBUTION: COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL