
FILED
DISTRICT COURT OF GUAM
MAR - 9 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REX A. GARRIDO,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00009<br><br>APPOINTMENT ORDER |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case.

Dated this 9th day of March, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM