# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Rex A. Garrido, <br><br> Defendant. | Case No. 1:06-cr-00009 *SEALED* <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Appointment Order and Trial Order filed March 9, 2006 and the CJA 20 Voucher filed March 10, 2006***, on the dates indicated below:

| | |
|---|---|
| *U.S. Attorney's Office* <br> *March 10, 2006* <br> *(Appointment & Trial Order only)* | *Joaquin C. Arriola, Jr.* <br> *March 10, 2006* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Appointment Order and Trial Order filed March 9, 2006 and the CJA 20 Voucher filed March 10, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

| | |
|---|---|
| Date: March 10, 2006 | /s/ Leilani R. Toves Hernandez <br> Deputy Clerk |