# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### *AMENDED* CRIMINAL MINUTES
### INITIAL APPEARANCE



**FILED**

DISTRICT COURT OF GUAM

MAR 1 3 2006

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00009**          **DATE: March 9, 2006**

| | |
|---|---|
| HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding | Law Clerk: None Present |
| Official Court Reporter: Wanda Miles | Courtroom Deputy: Marilyn Alcon |
| Hearing Electronically Recorded - RUN TIME: 3:04:00 - 3:12:10 | CSO: L. Ogo/J. Lizama |

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: ____ REX A. GARRIDO ____**          **ATTY : ____ JOAQUIN C. ARRIOLA, JR. ____**
( X ) PRESENT   (X) CUSTODY   ( ) BOND   ( ) P.R.          ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC P. DAVID          **AGENT:** ERWIN FEJERAN, Bureau of Immigration and Customs Enforcement

**U.S. PROBATION:** CARMEN O'MALLAN          **U.S. MARSHAL:** None Present

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PROCEEDINGS:   INITIAL APPEARANCE RE INDICTMENT and ARRAIGNMENT (SEALED)

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: Joaquin C. Arriola, Jr., ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED      AGE:____      HIGH SCHOOL COMPLETED:_____
( X ) DEFENDANT ARRAIGNED ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION.
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY*  (X) *NOT GUILTY* - TO: ALL CHARGES ON THE INDICTMENT

( X ) TRIAL SET FOR: MAY 9, 2006 at 9:30 a.m.

PROCEEDINGS CONTINUED TO:_____ at _____
( X ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR (X )*PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES: The Court ordered the defendant to abide by all conditions imposed by the U.S. Probation Office. The U.S. Attorney's Office had no objection to the defendant's release, with the exception that the defendant turn over his passport to either the U.S. Probation Office or the U.S. Customs Office. Defense counsel requested that the defendant surrender his passport by 5:00 p.m. tomorrow and be allowed to enter the airport for employment purposes. The Court granted the request by counsel and ordered the defendant to surrender his passport to the U.S. Customs Office and to stay away from all ports of entry or exit, except for employment purposes.

***Amended to reflect that the Court questioned defendant's physical and mental conditions; defendant waived reading of indictment and correct the trial date from May 5, 2006 to May 9, 2006 (re document no. 6) ***

Courtroom Deputy: *nba*