IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
*AMENDED* CRIMINAL MINUTES
INITIAL APPEARANCE


**FILED**
DISTRICT COURT OF GUAM
MAR 22 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00009             DATE: March 22, 2006
***

| | |
|---|---|
| HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding | Law Clerk: None Present |
| Official Court Reporter: Wanda Miles | Courtroom Deputy: Marilyn Alcon |
| Hearing Electronically Recorded - (9:12:45 - 9:37:10) | CSO: J. Lizama/B. Benavente |

************************* A P P E A R A N C E S *************************

**DEFT:** _____REX A. GARRIDO_____      **ATTY :** _____JOAQUIN C. ARRIOLA, JR._____
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC P. DAVID               AGENT:

U.S. PROBATION: CARMEN O'MALLAN               U.S. MARSHAL: None Present

***

**PROCEEDINGS:     CHANGE OF PLEA (SEALED)**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____ ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED       AGE: 41       EDUCATION: FIRST YEAR COLLEGE COMPLETED
( ) DEFENDANT ARRAIGNED ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION.
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: COUNT 2 OF THE INDICTMENT

( X ) STATUS HEARING SET FOR:  July 24, 2006 at 2:30 p.m.

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES: Defendant consented to enter his plea of Guilty before a U.S. Magistrate Judge. The Court executed the Report and Recommendation concerning the defendant's plea of guilty.

Pen and ink changes made to the plea agreement.

Courtroom Deputy: _nba_