FILED
DISTRICT COURT OF GUAM
APR 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REX A. GARRIDO,<br><br>Defendant. | CRIMINAL CASE NO. 06-00009<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF STATUS CONFERENCE** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count II of an Indictment charging him with Importation of 89 grams, net weight, of Methamphetamine Hydrochloride, in violation of 18 U.S.C. § 2 and 21 U.S.C. §§ 952(a) and 960(b)(1)(H), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for status conference on **July 24, 2006** at **2:30 p.m.**

IT IS SO ORDERED.

DATED this 11 day of April 2006.

ROGER T. BENITEZ
District Judge

---

\* The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.