ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 19 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REX A. GARRIDO,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00009<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |

Comes now the parties, United States of America, by and through the undersigned attorneys, and Defendant, REX A. GARRIDO, by and through his attorney, JOAQUIN C. ARRIOLA, JR., and hereby stipulate and request that the status conference currently set for

//
//
//
//

July 24, 2006, be continued approximately four (4) months thereafter to be set by the Court.

SO STIPULATED:

7/19/06
Date

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

*[signature]*

MARIVIC P. DAVID
Assistant U.S. Attorney

7/19/06
Date

*[signature]*

JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

2