LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00009 |
| Plaintiff, ) | |
| ) | **STIPULATION OF PARTIES RE** |
| vs. ) | **RELEASE OF PASSPORT** |
| REX A. GARRIDO, ) | |
| Defendant. ) | |

COMES NOW the parties, the United States of America, and the defendant, through his counsel, Joaquin C. Arriola, Jr., and hereby stipulate that the defendant's passport, surrendered to the Clerk of Court as a condition of release, be returned to the defendant through Special Agent John Duenas of the U.S. Immigration and Customs Enforcement for identification and law

//
//
//
//

enforcement purposes. Said passport will be submitted to the Clerk of Court upon completion of such purposes or within one week, whichever event is earlier.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

10/26/06
Date

*(signature)*
MARIVIC P. DAVID
Assistant U.S. Attorney

OCT 2 6 2006
Date

*(signature)*
JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

2