LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 27 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | re Release of Passport |
| | ) | |
| REX A. GARRIDO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the Stipulation of Parties filed on October 27, 2006, in the above-captioned

matter, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the defendant's passport shall be returned to the

defendant through Special Agent John Duenas of the U.S. Immigration and Customs

Enforcement, and said passport will be submitted to the Clerk of Court upon completion of

certain purposes or within one week, whichever event is earlier.

DATE: October 27, 2006

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**