ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00009 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION OF PARTIES** <br> ) **TO CONTINUE STATUS CONFERENCE** |
| REX A. GARRIDO, | ) |
| Defendant. | ) |

COMES NOW the parties, the United States of America, and the defendant, through his counsel, Joaquin C. Arriola, Jr., and hereby stipulate and request that the status conference

//
//
//
//
//
//

currently set for November 21, 2006, be continued approximately four (4) months thereafter to be set by the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

11-16-06
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

11/14/06
Date

JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

2