ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> REX A. GARRIDO, <br><br> Defendant. | CRIMINAL CASE NO. 06-00009 <br><br> **MOTION TO LODGE JUSTIFICATION MEMORANDUM UNDER SEAL** |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to lodge under seal its memorandum in justification of the parties' stipulation to continue the status conference. The government makes this motion for the reasons set forth in detail in the memorandum. The parties believes the nature of the information has the potential of resulting in retaliation to the defendant, and its disclosure would impede the course of an ongoing government investigation.

RESPECTFULLY SUBMITTED this 16th day of November, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/_
MARIVIC P. DAVID
Assistant U.S. Attorney