LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00009 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| REX A. GARRIDO, | ) | (LODGED UNDER SEAL) |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the justification for continuing the status hearing submitted to the Court on November 17, 2006, be lodged under seal and remain sealed until the conclusion of the case.

DATE: November 21, 2006

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**