LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00009 |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | **Re: 3rd Stipulation of Parties** |
| ) | |
| REX A. GARRIDO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on the Stipulation of Parties filed November 16, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status conference currently scheduled on November 21, 2006, be continued to February 21, 2007, at 2:30 p.m.

DATE: November 21, 2006

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**