LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00009 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| REX A. GARRIDO, ) | |
| Defendant. ) | |

Based on the Stipulation of Parties filed February 20, 2007, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the February 20, 2007, status hearing is vacated, the case is unsealed, and that sentencing is set for June 19, 2007, at 9:00 a.m. The presentence report shall be provided to the parties no later than May 15, 2007. The parties shall file their responses to the presentence report no later than May 29, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than June 12, 2007.

Dated this 22nd day of February 2007, *nunc pro tunc* to February 21, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**