PS 42
(Rev. 07/93)

# United States District Court
## District of Guam

| | |
|---|---|
| **United States of America**        ) | |
|                                         ) | |
|            vs.                    ) | |
|                                         ) | |
| **REX A. GARRIDO**                  ) | Case No:    **06-00009-001** |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I,     Rex A. Garrido    , have discussed with     Robert I. Carreon    ,
Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall submit to a mental health intake assessment and any recommended treatment inclusive of individual and/or family counseling.

I consent to this modification of my release conditions and agree to abide by this modification.

| Rex A. Garrido | 3/27/07 | Robert I. Carreon | 3/27/07 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| Joaquin C. Arriola, Jr. | | | 4/9/7 |
|---|---|---|---|
| Signature of Defense Counsel | | | Date |

☐ The above modification of conditions of release is orderd, to be effective on _____

☐ The above modification of conditions of release is *not* ordered.

| _____ | _____ |
|---|---|
| | Date |
| Judge | |
| U.S. District Court of Guam | |

**ORIGINAL**