# IN THE UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00009-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| | ) | |
| REX A. GARRIDO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:    Request for Modification of Release Conditions**

      On March 9, 2006, the above referenced defendant made an Initial Appearance under seal in the U.S. District Court of Guam relative to a an Indictment charging him with:  Count I - Conspiracy to Import Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 952(a), 960(b)(1)(H) and 963; and Count II - Importation of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 952(a) and 960(b)(1)(H); and 18 U.S.C. 2.  The defendant was released on a personal recognizance bond with the following conditions:  report to the U.S. Customs and U.S. Probation Office as directed; maintain or actively seek employment; surrender his passport to the U.S. Customs Office; obtain no passport; not leave Guam without the permission of the U.S. Probation Office and the Court; stay away from any ports of entry except for employment purposes; avoid all contact with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution;  refrain from possessing a firearm, destructive device or other dangerous weapons; refrain from any use of alcohol; refrain from any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner; submit to drug and alcohol testing; maintain residence and not change residence without the permission of the U.S. Probation Office. On March 22, 2006, the defendant pled guilty to Count II of the Indictment outlined above.  This case was ordered sealed by the Court on March 1, 2006 and subsequently unsealed on February 22, 2007.  Sentencing is currently set for June 19, 2007.

      On March 27, 2007, Mr. Garrido reported to the U.S. Probation Office and stated that he was experiencing personal difficulty coping with the probability of imprisonment.  He requested mental health counseling to address these issues.  As such, the Probation Officer recommends that the defendant's pretrial release conditions be modified to include the following:

SPECIAL REPORT
Request for Modification of Release Conditions
Re:     GARRIDO, Rex A.
USDC Cr. Cs. No. 06-00009-001
April 11, 2007
Page 2

> "The defendant shall submit to a mental health intake assessment and any recommended treatment inclusive of individual and/or family counseling."

Mr. Garrido is presently under full compliance with his conditions of release and has been forthcoming with all requests made of him by this Officer.

This Probation Officer respectfully recommends that the Court modify Mr. Garrido's pretrial release conditions, pursuant to 18 U.S.C. §3142(c)(3).

RESPECTFULLY submitted this __11th__ day of April 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By      /s/ ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     Marivic P. David, AUSA
Joaquin C. Arriola, Jr. , Defense Counsel
File