PS 42
(Rev. 07/93)

# United States District Court
## District of Guam

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs. | ) |
| | ) |
| **REX A. GARRIDO** | )   Case No:   06-00009-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I,   Rex A. Garrido  , have discussed with   Robert I. Carreon  ,
Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall submit to a mental health intake assessment and any recommended treatment inclusive of individual and/or family counseling.

I consent to this modification of my release conditions and agree to abide by this modification.

Rex A. Garrido   3/27/07           Robert I. Carreon   3/27/07
Signature of Defendant   Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Joaquin C. Arriola, Jr.                4/9/7
Signature of Defense Counsel           Date

☐ The above modification of conditions of release is orderd, to be effective on _____
☐ The above modification of conditions of release is *not* ordered.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Apr 16, 2007

                                        Date

ORIGINAL