JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C & A PROFESSIONAL BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant REX A. GARRIDO



**FILED**
DISTRICT COURT OF GUAM
MAY 31 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR06-00009 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S OBJECTIONS TO DRAFT PSR** |
| REX A. GARRIDO, | ) | |
| Defendant. | ) | |

COMES NOW, Defendant REX A. GARRIDO, through counsel Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR., and submits his Objections, Corrections and Additions to the Draft Pre-Sentence Investigation Report as follows:

1. Page 11, paragraph 62 refers to a six inch horizontal scar on Defendant's abdomen. This is from a surgery when he a child, around 1964.

2. Page 12, paragraph 70 should indicate that Defendant was laid off due to economic difficulties of the company. He did not resign for personal reasons.

3. Page 12, paragraph 71 should indicate that Defendant discontinued this employment after the business closed. He did not resign.

4. Pages 9 and 10, paragraphs 44 and 50, fails to provide a mitigating downward adjustment pursuant to USSG Section 3B1.2. Defendant was a minimal or minor participant in the offense and a decrease of 2 - 4 levels is required. Additionally, the 2 level increase sought in paragraph 44 under Section 2D1.1(b)(4)(A) and (B) would not be applicable.

5. Page 10, paragraph 50, fails to provide a 3 level downward adjustment pursuant to

Section 3E1.1(b).

    Dated at Hagåtña, Guam: May 31, 2007.

ARRIOLA, COWAN & ARRIOLA

_____
JOAQUIN C. ARRIOLA, JR.

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007 a copy of the Defendant's Objections to Draft Pre-Sentence Investigation Report was served upon Plaintiff, United States of America, by hand-delivering a copy thereof to:

>MARIVIC DAVID, ESQ.
>Assistant U.S. Attorney
>United States Attorney's Office
>Criminal Division
>Suite 500, Sirena Plaza
>108 Hernan Cortez Avenue
>Hagåtña, Guam 96910
>
>CARLEEN G. BORJA
>United States Probation Office
>520 W. Soledad Avenue
>Hagatna, Guam 96910

Dated at Hagåtña, Guam: May 31, 2007.

ARRIOLA, COWAN & ARRIOLA
Counsel for Defendant

JOAQUIN C. ARRIOLA, JR.