# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

JUN 01 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00009 |
| Plaintiff, ) | |
| vs. ) | **GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT** |
| REX GARRIDO, ) | |
| Defendant. ) | |

The defendant is not entitled to a downward adjustment for mitigating role under USSG § 3B1.2. The defendant's participation in the offense "was integral to the successful completion of the drug transaction." United States v. Duran, 189 F.3d 1071, 1089 (9th Cir. 1991). As part of his role in the offense, he traveled to the Philippines and brought with him the drug proceeds and part of his savings in order to obtain methamphetamine. The defendant dealt with his source of supply in the Philippines and paid such source directly in exchange for the drugs. The defendant also helped his source to conceal the drugs for shipment to Guam. His significant participation in the offense

//
//
//
//

1  does not qualify him for a mitigating role adjustment. United States v. Cantrell, 433 F.3d 1269,

2  1283-84 (9th Cir. 2006).

3      Dated this _1st_ day of June 2007.

4                                               LEONARDO M. RAPADAS
                                                United States Attorney
5                                               Districts of Guam and CNMI

6

7      By:  _____

8                                               MARIVIC P. DAVID
                                                Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   2