ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN -8 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00009 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **GOVERNMENT'S MOTION** |
|  | ) **TO FILE MEMORANDUM** |
|  | ) **UNDER SEAL** |
| REX A. GARRIDO, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to file its sentencing memorandum under seal. The government makes this motion because the memorandum explains the reasons that it is seeking a downward departure for defendant.

RESPECTFULLY SUBMITTED this 8th day of June 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney