ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN -8 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00009 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE UNDER USSG § 5K1.1** |
| REX A. GARRIDO, | |
| Defendant. | |

The United States moves this Honorable Court for a departure from the Guidelines level, as provided by USSG Section 5K1.1. The government will recommend that defendant receives a sentence of 51 months incarceration.

RESPECTFULLY SUBMITTED this 8th day of June 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney