LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00009 |
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |
| REX GARRIDO, | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, REX GARRIDO, by and through his attorney, Joaquin C. Arriola, and hereby stipulate and request to continue the Sentencing hearing currently set for June 19, 2007, to a date convenient to the Court sometime on or between June 26 - 27, 2007, or on or between July 9 - 13, 2007. The parties make this request for the reason that Task Force Agent Erwin Fejeran of the U.S. Immigration and Customs Enforcement is scheduled to attend off-island training in Washington, D.C. during June 17 - 21, 2007, and the government intends to call him

//
//
//
//

as a witness during the sentencing hearing. Also, government counsel will be unavailable from June 28, 2007 to July 6, 2007, and defense counsel will be unavailable from July 16 - 22, 2007.

The defendant is released on certain conditions to which he has complied to date.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

6/11/07
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

6/11/07
Date

JOAQUIN C. ARRIOLA
Attorney for Defendant