LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00009 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | **Re: Government's Motion to** |
| | ) | **File Memorandum Under Seal** |
| REX A. GARRIDO, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Government's Sentencing Memorandum be filed under seal.

**So Ordered.**

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Jun 11, 2007**