LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>)<br>REX GARRIDO, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 06-00009<br><br>**ORDER**<br><br>**Re: Stipulation of Parties** |

Based on the Stipulation of Parties filed June 11, 2007, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for June 19, 2007, be continued to July 24, 2007, at 9:30 a.m.

**So Ordered.**

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jun 12, 2007**