LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL 11 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00009 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION OF PARTIES TO** |
| REX GARRIDO, | ) **CONTINUE SENTENCING** |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant, REX GARRIDO, through his counsel, Joaquin C. Arriola, Jr., hereby stipulate to continue the

//
//
//
//
//
//

-1-

Sentencing date currently scheduled for July 24, 2007, at 9:30 a.m. to a date approximately three (3) months thereafter to be set by the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7-11-07       By: /s/ MARIVIC P. DAVID
                         MARIVIC P. DAVID
                         Assistant U.S. Attorney

DATED: 7/11/07           /s/ JOAQUIN C. ARRIOLA, JR.
                         JOAQUIN C. ARRIOLA, JR.
                         Attorney for Defendant

-2-