ORIGINAL


FILED
DISTRICT COURT OF GUAM
JUL 11 2007
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REX GARRIDO, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 06-00009 <br><br> **STIPULATION OF PARTIES TO MODIFY CONDITIONS OF RELEASE** |

The parties in the above-entitled matter, the United States of America, and the defendant REX GARRIDO, through his counsel, Joaquin C. Arriola, Jr., hereby moves this Honorable

\\
\\
\\
\\
\\
\\
\\
\\

-1-

Court for an order modifying defendant's conditions of release to allow him to travel between Guam and Saipan, CNMI, for reasons which the Court has been previously made aware.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATE: 7-11-07

By: /s/ MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 7/11/07

/s/ JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

Approved:

/s/ ROBERT I. CARREON
U.S. Probation Officer

-2-