LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00009 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |
| REX GARRIDO, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, REX GARRIDO, through his counsel, Joaquin C. Arriola, Jr., hereby stipulate to continue the

//
//
//
//
//
//

-1-

1  Sentencing date currently scheduled for July 24, 2007, at 9:30 a.m. to a date approximately three
2  (3) months thereafter to be set by the Court.

4  SO STIPULATED:

                                                    LEONARDO M. RAPADAS
                                                    United States Attorney
                                                    Districts of Guam and NMI

8  DATED: 7-11-07                          By: /s/ Marivic P. David
                                                    MARIVIC P. DAVID
                                                    Assistant U.S. Attorney

11 DATED: 7/11/07                          /s/ Joaquin C. Arriola, Jr.
                                                    JOAQUIN C. ARRIOLA, JR.
                                                    Attorney for Defendant

-2-