PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Robert I. Carreon, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**          [ ] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **March 9, 2006** | Date: | |
| By: | **Joaquin V.E. Manibusan, Jr.** **U.S. Magistrate Judge** | By: | |

| | | | |
|---|---|---|---|
| Defendant: | **GARRIDO, Rex A.** | Case Number: | **CRIMINAL Case #06-00009-001** |
| Date of Birth: | **XX-XX-1964** | Place of Birth: | **Manila, Republic of the Philippines** |
| SSN: | **XXX-XX-9369** | | |

===============================================================

**NOTICE OF COURT ORDER** (Order Date: **March 10, 2006**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number **XXXXXX** to the custody of the **U.S. Probation Office, District of Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
  □ Not Convicted - PS40/Passport returned to defendant.
  □ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  □ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)