LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

OCT 10 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REX GARRIDO, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 06-00009 <br><br> **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |

The parties in the above-entitled matter, the United States of America, and the defendant, REX GARRIDO, through his counsel, Joaquin C. Arriola, Jr., hereby stipulate to continue the

//
//
//
//
//
//

-1-

1  Sentencing date currently scheduled for October 12, 2007, to a date approximately three (3)
2  months thereafter to be set by the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 10/10/07          By: _____
                              MARIVIC P. DAVID
                              Assistant U.S. Attorney

DATED: 10/10/07

                              JOAQUIN C. ARRIOLA, JR.
                              Attorney for Defendant