LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00009 |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION TO FILE<br>) JUSTIFICATION FOR<br>) CONTINUING SENTENCING<br>) DATE UNDER SEAL |
| REX A. GARRIDO, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves this Honorable Court for an Order allowing it to file under seal its memorandum in justification of the parties' stipulation to continue the sentencing date in the above-entitled matter. The government makes this motion for the reasons set forth in the memorandum.

RESPECTFULLY SUBMITTED this 10th day of October 2007.:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

MARIVIC P. DAVID
Assistant U.S. Attorney