LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00009 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| REX GARRIDO, ) | |
| ) | |
| Defendant. ) | |
| ──────────────────────────── ) | |

Based on the government's Motion to File Justification for Continuing Sentencing Date Under Seal, filed October 10, 2007, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Justification be filed under seal.

**So Ordered.**

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Oct 11, 2007**