FILED
DISTRICT COURT OF GUAM
JAN 1 4 2008 
JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00009 |
| Plaintiff, | |
| vs. | STIPULATION OF PARTIES TO CONTINUE SENTENCING HEARING |
| REX A. GARRIDO, | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, REX A. GARRIDO, by and through his attorney, Joaquin C. Arriola, Jr. and hereby stipulate and request that the sentencing hearing currently set for January 17, 2008, be continued to at least three (3) months thereafter to be set by the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

1-14-08
Date

_____
MARIVIC P. DAVID
Assistant U.S. Attorney

1/14/08
Date

_____
JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant