1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Street
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332/7283
5  Telecopier: (671) 472-7334
6
7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 1 4 2008

**JEANNE G. QUINATA**
**Clerk of Court**

8          **IN THE UNITED STATES DISTRICT COURT**
9
            **FOR THE DISTRICT OF GUAM**
10

11 | UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00009 |

                                    )
12              Plaintiff,          )   **MOTION TO FILE**
                                    )   **JUSTIFICATION FOR**
13        vs.                       )   **CONTINUING SENTENCING**
                                    )   **HEARING UNDER SEAL**
14 REX A. GARRIDO,                  )
                                    )
15                                  )
                Defendant.          )
16 _____      )

17      COMES NOW the United States of America, by and through undersigned counsel, and
18
   moves this Honorable Court for an Order allowing it to file under seal its memorandum in
19
   justification of the parties' stipulation to continue the sentencing hearing date, in the above-
20
   entitled matter. The government makes this motion for the reasons set forth in detail in the
21
   memorandum.
22

23      RESPECTFULLY SUBMITTED this 14th day of January, 2008.
24
25                          LEONARDO M. RAPADAS
                            United States Attorney
26                          Districts of Guam and NMI
27
                     By:    _____
28                          MARIVIC P. DAVID
                            Assistant U.S. Attorney

**ORIGINAL**