ORIGINAL

FILED
DISTRICT COURT OF GUAM

APR 17 2008

JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REX GARRIDO,<br><br>Defendant. | CRIMINAL CASE NO. 06-00009<br><br>**STIPULATION OF PARTIES<br>TO CONTINUE SENTENCING** |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, REX GARRIDO, by and through his attorney, Joaquin C. Arriola, and hereby stipulate and request to continue the Sentencing hearing currently set for Wednesday, April 23, 2008, to a date approximately at least three (3) months thereafter convenient to the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

4-16-08
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

4/16/08
Date

JOAQUIN C. ARRIOLA
Attorney for Defendant