LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00009 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| REX A. GARRIDO, | ) | |
| Defendant. | ) | |

Based on the Stipulation of the parties to Continue Sentencing, filed April 17, 2008 in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the **S**entencing be re-scheduled to July 22, 2008, at the hour of 9:30 a.m.

**So Ordered and nunc pro tunc to April 17, 2008.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Apr 21, 2008**