✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF      **GUAM**

**UNITED STATES OF AMERICA**

## NOTICE

V.

**REX A. GARRIDO**      CASE NUMBER: **CR-06-00009-001**

TYPE OF CASE:
☐ CIVIL      X   CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | July 22, 2008 at 9:30 a.m. | September 11, 2008 at 9:30 a.m. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 11, 2008                /s/ Carmen B. Santos
DATE                (BY) DEPUTY CLERK

TO:    U. S. Attorney's Office
        Joaquin C. Arriola, Jr.
        U.S. Probation Office
        U.S. Marshals Service