LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 05 2008
JEANNE G. QUINATA
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
REX GARRIDO,
Defendant.

CRIMINAL CASE NO. 06-00009

**STIPULATION OF PARTIES TO CONTINUE SENTENCING**

The parties in the above-entitled matter, the United States of America, and the defendant, REX GARRIDO, through his counsel, Joaquin C. Arriola, Jr., hereby stipulate to continue the

//

//

//

//

//

//

ORIGINAL

Sentencing date currently scheduled for September 11, 2007, to a date approximately at least four (4) months thereafter to be set by the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 9/5/08 By: ______________________
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 9/5/08 ______________________
JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

Case 1:06-cr-00009 Document 75 Filed 09/05/2008 Page 2 of 2