1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez Street
   Hagåtña, Guam  96910
5  Telephone:  (671) 472-7332/7283
6  Telecopier:  (671) 472-7334

7  Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00009 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| REX A. GARRIDO, ) | |
| Defendant. ) | |
| _____ ) | |

    Based on the Stipulation of the parties to Continue Sentencing, filed September 5, 2008 in the above-captioned matter, and the Court finding good cause for the issuance of the order;

    **IT IS HEREBY ORDERED** Sentencing be re-scheduled to December 17, 2008, at the hour of 9:30 a.m.

    **So Ordered.**

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Sep 09, 2008**